FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____rsm_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:24-CR-00465-MRA |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| JAMES RHYS KANTOR, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2019, and continuing through at least March 7, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES RHYS KANTOR conspired with others to commit wire fraud, in violation of Title 18, United States Code, Section 1343.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:  Defendant KANTOR and his co-conspirators would steal the identities of victims, most of whom were elderly, who owned real property.  Defendant KANTOR and his co-

1  conspirators would forge trusts, wills, and power of attorney
2  forms to make it appear as though they were acting on behalf of
3  their victims when, in fact, they were stealing their victims'
4  real estate and savings and investment accounts.  Defendant
5  KANTOR and his co-conspirators would dispose of the bodies of
6  deceased victims in order to conceal their deaths and maintain
7  the pretense that the victims were still alive and supported the
8  actions defendant KANTOR and his co-conspirators were taking
9  with the victims' assets, including taking possession of those
10 assets.  Defendant KANTOR and his co-conspirators used
11 interstate wires to defraud their victims throughout this
12 conspiracy.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

Beginning in or before 2019, and continuing through at least March 7, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES RHYS KANTOR knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the names of victims J.W.W. and C.H.W., Jr., on or about November 17, 2020, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, as charged in Count One of this Information, knowing that the means of identification belonged to another actual person.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

KRISTEN WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section