David R. Evans, Esq.
101 North Verdugo Road, #9320
Glendale, CA 91226
Telephone: (323) 257-5100
Email: drevanslaw@gmail.com
Bar No: 89919

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:24-cr-00465-MEMF-1 |
| JAMES RHYS KANTOR v. | **APPLICATION BY DEFENDANT FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285** |
| DEFENDANT(S). | |

On _____, defendant appeared before this Court and was held to answer to the United States District Court for the Central District of California at Western Division - Los Angeles. Defendant hereby applies, pursuant to 18 U.S.C. § 4285, for travel expenses to that destination.

Defendant represents that he/she is financially unable to provide the necessary transportation to the destination.

Defendant applies for:

- ✓ Transportation, in the form of (*check one of the following*):
    - ✓ The U.S. Marshal arranging noncustodial transportation to appear before the required Court.
      The necessary fare for transportation to the required Court.
- ✓ An amount for subsistence expense to the destination, not to exceed the amount authorized by 5 U.S.C. § 5702(a).

I certify under penalty of perjury that the above is true and correct.

October 3, 2024                                         s/James Rhys Kantor
Date                                                    Signature of Defendant